IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **JOSEPH COTTEN** | § | |
| | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 2:15-cv-520** |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **CITY OF TYLER, TEXAS,** | § | |
| **CHIEF OF POLICE, GARY M. SWINDLE,** | § | |
| **ASSISTANT CHIEF STEVE SHARRON,** | § | |
| **OFFICER JASON SHIELDS,** | § | |
| **OFFICER AYASHA EDDINS,** | § | |
| **OFFICER PAUL ROBESON,** | § | |
| **OFFICER WENDELL GARDNER** | § | |
| **OFFICER DON MARTIN** | § | |
| **ADELINE MEDINA, SIDALIA** | § | |
| **MICHELLE LIRA,** | § | |
| **CITY ATTORNEY DEBORAH PULLUM,** | § | |
| **ASSISTANT CITY ATTORNEY** | § | |
| **TERRANCE GARMON, ASSISTANT** | § | |
| **CITY ATTORNEY DAVID CHILEK AND** | § | |
| **ASSISTANT CITY ATTORNEY** | § | |
| **JEFFREY SANDERS** | § | |

## **PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joseph Cotten, Plaintiff in the above-entitled and numbered cause and files this, his Notice of Readiness for Scheduling Conference and would respectfully show the Court as follows:

1. Pursuant to the Standing Order of the Court, Plaintiff notifies the Court that all of the Defendants have answered and the case is ready for a scheduling conference.

Respectfully submitted,

__/s/_____
William S. Hommel, Jr.
State Bar No. 09934250
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703
(903) 596-7100
(469) 533-1618 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Readiness for Scheduling Conference has been served on all counsel of record via electronic filing, on this the 21st day of May, 2015.

_____/s/_____
William S. Hommel, Jr.